

FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>RICARDO LOERA<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:14-CR-00092-VAP<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of __Defense_____, IT IS ORDERED that a detention hearing is set for __Thursday, 09/11/2014_____, _____, at __3:00_____ ☐a.m. / ☒p.m. before the Honorable __SHERI PYM, MAGISTRATE JUDGE_____, in Courtroom __4_____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   _(Other custodial officer)_

Dated: __09/10/2014_____     __SHERI PYM,_____
                                          U.S. District Judge/Magistrate Judge